UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE QUEZADA, | NO. CV 13-9462-AG (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVE LONG, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: July 31, 2015

ANDREW J. GUILFORD
United States District Judge